Case 3:05-cv-02200-L -CAB   Document 9   Filed 01/18/06   Page 1 of 6
USDC SCAN INDEX SHEET










SMV    1/19/06    14:14
3:05-CV-02200    PACKAGE CONCEPTS V. JIF-PAK
*9*
*STIPO.*

ORIGINAL FILED

06 JAN 18 AM 9: 18

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

JOHN L. HALLER (SBN: 61392)
SUSAN B. MEYER (SBN: 204931)
GORDON & REES LLP
101 West Broadway
Suite 1600
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys For: Defendants,
NEIL MINTZ, MARCUS MINTZ and
JIF-PAK MANUFACTURING, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACKAGE CONCEPTS & MATERIALS, INC., a South Carolina corporation;<br><br>Plaintiffs,<br><br>v.<br><br>JIF-PAK MANUFACTURING, INC., a California corporation; NEIL MINTZ, an individual, and MARCUS MINTZ, an individual,<br><br>Defendants. | CASE NO. 05 CV 2200 L/B (LSP)<br><br>**JOINT STIPULATION FOR CONSOLIDATION OF CASES**<br><br>[FRCP, Rule 42(a)]<br><br>JUDGE: Hon. Larry A. Burns<br><br>MAGISTRATE JUDGE: Hon. Leo S. Papas |

The parties to this action and to USDC, CASD Case No. 05 CV 1470 L (AJB) have agreed and by and through their respective counsel jointly stipulate that the above captioned action (transferred to the Southern District of California from the District of South Carolina) and and Civil Action Case No. 05 CV 1470 concern common questions of law and fact and therefore should be consolidated, and the parties further stipulate that the cases may be consolidated under the above-captioned first filed case number now pending before Hon. M. James Lorenz.

///

///

---

STIPULATION TO CONSOLIDATE CASES
FILED JOINTLY BY THE PARTIES
CASE NO. 05 CV 2200 LAB (LSP)

Jan-06-06  08:08pm  From-gordon & rees 6196966700          T-612  P.003/011  F-738

1  The parties further stipulate that these cases may be consolidated for all purposes, without
2  prejudice to bifurcation of issues at trial.
3  The parties further stipulate that the consolidated caption for the two cases shall be as
4  represented in Exhibit A to this stipulation.
5  IT IS SO STIPULATED.

6
7  Dated: January 11, 2006

GORDON & REES LLP

By: _____
John L. Haller
Attorneys For Defendants,
JIFPAK MANUFACTURING, INC.,
NEIL MINTZ and MARCUS MINTZ

12  Dated: January 16, 2006

SHEPPARD MULLIN RICHTER
& HAMPTON LLP

By: _____
Neil A. Smith
Attorneys For Plaintiff,
PACKAGE CONCEPTS
& MATERIALS, INC.

19
20  Dated: January __, 2006

NEXSEN PRUET LLC

By: _____
John B. Hardaway, III
Attorneys For Plaintiff,
PACKAGE CONCEPTS
& MATERIALS, INC.

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

Received  Jan-06-06  08:40am  From-8642821177     To-gordon & rees 619696    Page 003

1 Dated: January 6, 2006

TRESSLER SODERSTROM
MALONEY & PRIESS

By: *Michaela Sozio*
Michaela L. Sozio
Attorneys For Defendants,
JIF-PAK MANUFACTURING, INC.,
NEIL MINTZ, and MARCUS MINTZ

## ORDER FOR CONSOLIDATION OF CASES

The foregoing stipulation of the parties to Civil Case Nos. 05 CV 1470 L (AJB) and 05 CV 2200 L~~AB~~ (LSP) for consolidation of these two cases having been received by the Court and duly considered,

AND GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that Case Nos. 05 CV 1470 and 05 CV 2200 shall be consolidated before the Hon. M. James Lorenz, and that the consolidated caption shall be as represented on Exhibit A to this stipulation and order. The Clerk of the Court is hereby ordered to consolidate these two cases.

IT IS SO ORDERED.

*M. James Lorenz*
JUDGE OF THE UNITED STATES DISTRICT COURT

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

-3-

Case 3:05-cv-02200-L -CAB   Document 9   Filed 01/18/06   Page 5 of 6

EXHIBIT A

Consolidated Case Caption
for Case Nos. 05 CV 1470 L (AJB) and 05 CV 2200 LAB (LSP)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL MINTZ, an individual; and MARCUS MINTZ, an individual; and JIF-PAK MANUFACTURING, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DIETZ & WATSON, INC., a Pennsylvania corporation and PACKAGE CONCEPTS & MATERIALS, INC., a South Carollina corporation,<br><br>Defendants. | Case No. 05 CV 1470 L (AJB)<br>Consolidated with<br>Case No. 05 CV 2200<br><br><br><br><br><br><br>CONSOLIDATED CASE CAPTION |
| Package Concepts & Materials, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>JIF-PAK MANUFACTURING, INC., a California corporation; NEIL MINTZ, an individual; MARCUS MINTZ, an individual,<br><br>Defendants. | |

-4-

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

BJPM\1035064\315884.1