# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Mintz, et al.

V.

Dietz and Watson, Inc., et al.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   05cv2200-L (CAB) (Lead case No. 05cv1470-L (CAB))

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Defendant's motion for summary judgment re: invalidity based on obviousness is **GRANTED** and re: noninfringement is **GRANTED**; Plaintiffs' motion for summary judgment re: invalidity based on obviousness is **DENIED**; Plaintiffs' motion for summary judgment re: infringement is **DENIED**.

| March 30, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ M. Jenkins
(By) M. Jenkins, Deputy Clerk
ENTERED ON March 30, 2010